JAMES E. SELL (SBN 135935)
jsell@tysonmendes.com
MATTHEW G. TANG (SBN 272586)
mtang@tysonmendes.com
PHILLIP NEIMAN (SBN 149872) (admission to E.D. Cal. Pending)
pneiman@tysonmendes.com
TYSON & MENDES, LLP
371 Bel Marin Keys Blvd. Suite 100
Novato, CA 94949
Phone: (628) 253-5070
Facsimile: (628) 299-7764

Attorneys for Defendant,
ENVISION MOTORS HOLDINGS, LLC
D/B/A MERCEDES BENZ OF SACRAMENTO

UNITED STATES DISTRICT COURT EASTERN DISTRICT

OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| LAVONNE RICKS,<br><br>Plaintiff,<br><br>v.<br><br>ENVISION MOTORS HOLDINGS, LLC D/B/A MERCEDES BENZ OF SACRAMENTO,<br><br>Defendants. | Case No.: 2:26-CV-02009-AC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**[~~PROPOSED~~] ORDER**<br><br>Case Filed: June 1, 2026<br>Trial Date: Not Set |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Eastern District of California Local Rule 144(a), Plaintiff Lavonne Ricks (“Plaintiff”) and Defendant Envision Motors Holdings, LLC d/b/a Mercedes Benz of Sacramento (“Defendant”), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed the Complaint in this action on June 1, 2026.

2. Defendant was served with Summons and Complaint on July 8, 2026.

3. The original deadline for Defendant to file a responsive pleading was July 29, 2026.

4. Defendant retained defense counsel on August 5, 2026.

5. In order to allow Defendant's newly retained counsel sufficient time to review the case file, investigate the allegations, and prepare an appropriate responsive pleading, Plaintiff's counsel has graciously agreed to grant Defendant a brief extension of time to respond.

6. The parties have agreed that Defendant's deadline to file a responsive pleading shall be extended to and including **August 19, 2026.**

7. This is the first extension of time requested in this action. This extension will not alter the date of any event or any deadline already fixed by Court order.

8. The parties submit this Stipulation and Proposed Order to apprise the Court of the agreed-upon extension and to respectfully request that no Order to Show Cause (OSC) regarding default or failure to prosecute be issued while Defendant prepares its response.

**IT IS SO STIPULATED.**

Dated: August 7, 2026 TYSON & MENDES LLP

By: /s/ Matthew G. Tang
JAMES E. SELL
MATTHEW G. TANG
PHILLIP NEIMAN
Attorneys for Defendant, ENVISION MOTORS HOLDINGS, LLC D/B/A MERCEDES BENZ OF SACRAMENTO

Dated: August 10, 2026 LAW OFFICES OF JIBRAEL S. HINDI

By: ______________________
GERALD D. LANE
Attorneys for Plaintiff LAVONNE RICKS

## ATTESTATION REGARDING ELECTRONIC SIGNATURES

Counsel for Defendant hereby attests by signature below that concurrence in the filing of this document was obtained from Counsel of Record for the Plaintiff.

Dated: August 7, 2026

TYSON & MENDES LLP

By: /s/ Matthew G. Tang

JAMES E. SELL
MATTHEW G. TANG
PHILLIP NEIMAN
Attorneys for Defendant, ENVISION MOTORS HOLDINGS, LLC D/B/A MERCEDES BENZ OF SACRAMENTO

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that:

Defendants ENVISION MOTORS HOLDINGS, LLC D/B/A MERCEDES BENZ OF SACRAMENTO shall have up to and including **August 19, 2026** to answer, move, or otherwise respond to the Complaint (Dkt. 1).

Dated: August 10, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE