26AMES E. SELL (SBN 135935)
jsell@tysonmendes.com
MATTHEW G. TANG (SBN 272586)
mtang@tysonmendes.com
PHILLIP NEIMAN (SBN 149872) (admission to E.D. Cal. Pending)
pneiman@tysonmendes.com
TYSON & MENDES, LLP
371 Bel Marin Keys Blvd. Suite 100
Novato, CA 94949
Phone: (628) 253-5070
Facsimile: (628) 299-7764

Attorneys for Defendant,
ENVISION MOTORS HOLDINGS, LLC
D/B/A MERCEDES BENZ OF SACRAMENTO

UNITED STATES DISTRICT COURT EASTERN DISTRICT

OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| LAVONNE RICKS,<br><br>Plaintiff,<br><br>v.<br><br>ENVISION MOTORS HOLDINGS, LLC D/B/A MERCEDES BENZ OF SACRAMENTO,<br><br>Defendants. | Case No.: 2:26-CV-02009-AC<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**[~~PROPOSED~~] ORDER**<br><br>Case Filed: June 1, 2026<br>Trial Date: Not Set |

**SECOND STIPULATION AND [~~PROPOSED~~] ORDER**

Pursuant to Eastern District of California Local Rule 144(a), Plaintiff Lavonne Ricks (“Plaintiff”) and Defendant Envision Motors Holdings, LLC d/b/a Mercedes Benz of Sacramento (“Defendant”), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Procedural Background: Plaintiff commenced this action under the Truth in Lending Act on June 1, 2026. Defendant was served with process on July 8, 2026.

2. Prior Extension: On August 6, 2026, the parties agreed to an initial extension of time for Defendant to respond to the Complaint to and including August 19, 2026, to accommodate the retention of defense counsel and initial investigation.

3. Active Settlement Negotiations: Since the initial extension, counsel for Plaintiff and Defendant have actively conferred regarding the merits of the dispute, procedural posture, and potential early informal resolution. Counsel participated in a meet-and-confer conference on August 13, 2026, following which Plaintiff conveyed a formal settlement demand.

4. Likelihood of Global Resolution: Defendant has obtained settlement authority and the parties are currently engaged in productive, good-faith negotiations concerning financial terms, mutual release covenants, and dismissal with prejudice. The parties reasonably anticipate that a complete settlement resolving all claims in this action can be finalized in the near term without the necessity of court intervention.

5. Conservation of Resources & Avoidance of Unnecessary Motion Practice: The parties agree that requiring Defendant to file a responsive pleading or threshold Motion to Compel Arbitration while actively finalizing settlement terms would cause the parties to incur substantial additional attorneys' fees and costs, deplete settlement resources, and unnecessarily burden the Court's docket.

6. Agreed New Deadline: In order to permit the parties to focus their resources on finalizing and executing the settlement agreement and filing a stipulation for dismissal with prejudice, the parties hereby stipulate and agree that Defendant's deadline to respond to Plaintiff's Complaint shall be extended by thirty (30) days, from **August 19, 2026**, to and including **September 18, 2026**.

7. No Impact on Other Dates: This is the first second of time requested in this action. This extension will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

///

///

Dated: August 18, 2026

TYSON & MENDES LLP

By: /s/ Matthew G. Tang
JAMES E. SELL
MATTHEW G. TANG
PHILLIP NEIMAN
Attorneys for Defendant, ENVISION MOTORS HOLDINGS, LLC D/B/A MERCEDES BENZ OF SACRAMENTO

Dated: August 18, 2026

LAW OFFICES OF JIBRAEL S. HINDI

By: /s/ Gerald D. Lane
GERALD D. LANE
Attorneys for Plaintiff LAVONNE RICKS

**ATTESTATION REGARDING ELECTRONIC SIGNATURES**

Counsel for Defendant hereby attests by signature below that concurrence in the filing of this document was obtained from Counsel of Record for the Plaintiff.

Dated: August 18, 2026

TYSON & MENDES LLP

By: /s/ Matthew G. Tang
JAMES E. SELL
MATTHEW G. TANG
PHILLIP NEIMAN
Attorneys for Defendant, ENVISION MOTORS HOLDINGS, LLC D/B/A MERCEDES BENZ OF SACRAMENTO

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that:

Defendants ENVISION MOTORS HOLDINGS, LLC D/B/A MERCEDES BENZ OF SACRAMENTO shall have up to and including **September 18, 2026** to answer, move, or otherwise respond to the Complaint (Dkt. 1).

Dated: August 18, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE